RECEIVED

JAN 3 1 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| AMELIA SIMON | CIVIL ACTION NO. 6:13-cv-00187 |
| VERSUS | JUDGE DOHERTY |
| EXPRESS SCRIPTS, INC. AND TOWER LIFE INSURANCE COMPANY | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the motion to dismiss, which was filed by defendant Express Scripts, Inc. (Rec. Doc. 44), is **GRANTED** and the plaintiff's claims against Express Scripts, Inc. are dismissed with prejudice.

Lafayette, Louisiana, this _31_ day of _January_, 2014.

Rebecca F. Doherty
United States District Judge